IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01691-LTB

JAN B. HAMILTON,

    Applicant,

v.

DON BIRD, Pitkin County Jail, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Petition for Verification of Receipt of Amended Application for Writ of Habeas Corpus for Case 15-cv-1691-GPG" is DENIED as moot.  This action was dismissed in an October 9, 2015 Order (ECF No. 21), following the Court's review of the Amended Application (ECF No. 20) filed on October 6, 2015.

Dated:   October 29, 2015